Debra L. Scorpiniti, U.S. Attorney's Office, Des Moines, IA, for Appellee.

John P. Messina, Federal Public Defender's Office, Des Moines, IA, for Appellant.

Before MORRIS SHEPPARD ARNOLD, HEANEY, and RILEY, Circuit Judges.

PER CURIAM.

The Supreme Court of the United States granted certiorari in this case, vacated our judgment, and remanded the case to us for reconsideration in light of *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *See Zimmerman v. United States,* —— U.S. ——, 125 S.Ct. 1021, 160 L.Ed.2d 1005 (2005), *granting cert. and vacating judgment in United States v. Zimmerman,* No. 03–2183, 2004 WL 406094 (March 5, 2004) (unpublished per curiam). In *Booker,* 125 S.Ct. at 749–51, the Court held that sentence enhancements based solely on facts found by a court under mandatory federal sentencing guidelines violate the sixth amendment, which the Court then remedied by making the sentencing guidelines advisory rather than mandatory, *id.* at 764.

We have examined the relevant record and conclude that the defendant, Robert Zimmerman, did not preserve a *Booker* issue, and that he is not entitled to plain-error relief because he cannot show that his substantial rights were affected, *see United States v. Pirani,* 406 F.3d 543, 550–53 (8th Cir.2005) (en banc). We therefore conclude that *Booker* did not affect our previous opinion in this case. Accordingly we reinstate our prior opinion and again affirm the sentence imposed by the district court.[1]

UNITED STATES of America,
Appellee,

v.

Christopher Lewis HARPER,
Appellant.

No. 04–2676.

United States Court of Appeals,
Eighth Circuit.

Submitted April 26, 2005.

Decided June 7, 2005.

Thomas Joseph Mehan, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Brian S. Witherspoon, Federal Public Defender's Office, St. Louis, MO, for Appellant.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

---

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

PER CURIAM.

Christopher Harper appeals the judgment the district court[1] entered after he pleaded guilty to being a felon in possession of firearms in violation of 18 U.S.C. § 922(g)(1). His counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the 87–month sentence imposed was too harsh.

This argument, which we construe as an Eighth Amendment challenge, fails. *Cf. United States v. Prior*, 107 F.3d 654, 659–60 (8th Cir.) (finding no Eighth Amendment violation for defendant's harsh life sentence following guilty plea to methamphetamine offense), *cert. denied*, 522 U.S. 824, 118 S.Ct. 84, 139 L.Ed.2d 41 (1997).

Having carefully reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.